IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TYRELL MARRIA,

       Petitioner,

v.                               CASE NO.  4:12cv512-RH/CAS

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS,

       Respondent.

_____/

ORDER DENYING THE AMDENDED PETITION AND
DENYING A CERTIFICATE OF APPEALABILITY

This amended petition for a writ of habeas corpus under 28 U.S.C. § 2254 is

before the court on the magistrate judge's report and recommendation, ECF No.

23.  No objections have been filed.  The report and recommendation is correct and

is adopted as the court's opinion.

Rule 11 of the Rules Governing § 2254 Cases requires a district court to

"issue or deny a certificate of appealability when it enters a final order adverse to

the applicant."  Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may

issue "only if the applicant has made a substantial showing of the denial of a

constitutional right." *See Miller-El v. Cockrell*, 537 U.S. 322, 335-38 (2003);

*Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); *Barefoot v. Estelle*, 463 U.S. 880,

893 n.4 (1983); *see also Williams v. Taylor*, 529 U.S. 362, 402-13 (2000) (setting

out the standards applicable to a § 2254 petition on the merits).  As the Court said

in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a
> substantial showing of the denial of a constitutional right, a
> demonstration that, under *Barefoot*, includes showing that reasonable
> jurists could debate whether (or, for that matter, agree that) the petition
> should have been resolved in a different manner or that the issues
> presented were " 'adequate to deserve encouragement to proceed
> further.' "

529 U.S. at 483-84 (quoting *Barefoot*, 463 U.S. at 893 n.4).  Further, in order to

obtain a certificate of appealability when dismissal is based on procedural grounds,

a petitioner must show, "at least, that jurists of reason would find it debatable

whether the petition states a valid claim of the denial of a constitutional right and

that jurists of reason would find it debatable whether the district court was correct

in its procedural ruling." *Id.* at 484.

The petitioner has not made the required showing.  This order thus denies a

certificate of appealability.  Because the petitioner has not obtained—and is not

entitled to—a certificate of appealability, any appeal will not be taken in good

faith.  I certify under Federal Rule of Appellate Procedure 24(a) that an appeal will

not be taken in good faith and that the petitioner is not otherwise entitled to

proceed on appeal *in forma pauperis*.  But for the requirement to obtain a

certificate of appealability, leave to proceed on appeal *in forma pauperis* would be

granted.

For these reasons,

IT IS ORDERED:

1.  The report and recommendation is ACCEPTED.

2.  The clerk must enter judgment stating, "The amended petition is

DENIED with prejudice."

3.  A certificate of appealability is DENIED.

4.  Leave to proceed in forma pauperis is DENIED.

5.  The clerk must close the file.

SO ORDERED on September 14, 2015.

s/Robert L. Hinkle
United States District Judge